

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christopher Lynn Hale, Sr., Appellant

No. 06-15-00003-CR     v.

The State of Texas, Appellee

Appeal from the 402nd Judicial District Court of Wood County, Texas (Tr. Ct. No. 22,153-2014). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Christopher Lynn Hale, Sr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 13, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk